# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DARRELL L. MODEST,

          CASE NO. 06-13379

   Plaintiff,          HON. LAWRENCE P. ZATKOFF

v.

B. DAVIS, ET AL.,

   Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter is before the Court on Plaintiff's September 27, 2006 Motion for Reconsideration. Pursuant to E.D. MICH. LR 7.1(g)(2), no response is permitted. By his Motion for Reconsideration, Plaintiff challenges the Court's September 15, 2006 Opinion and Order dismissing Plaintiff's case.

A motion for reconsideration is governed by E.D. MICH. LR 7.1(g)(3), which states, "the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." The Court finds that Plaintiff's Motion for Reconsideration merely presents the same issues that were already addressed by the Court in its September 15, 2006 Opinion and Order. Therefore, Plaintiff's Motion for Reconsideration is HEREBY DENIED.

IT IS SO ORDERED.

                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated: October 10, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 10, 2006.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290